**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SHARON MARIE ROGERS, | ) | CASE NO.: 1:24-cv-148 |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL R. BARRETT |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE FARM FIRE & CASUALTY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO COMPEL APPRAISAL AND STAY LITIGATION:**
**ORAL ARGUMENT REQUESTED**

Plaintiff Sharon Marie Rogers will bring a motion to compel appraisal and stay litigation, pursuant to Ohio Rev. Code § 2721.03, and in accordance with the terms of the insurance policy at issue. This motion is based upon the files, records, and proceedings herein and on the forthcoming memoranda and affidavits to be filed in accordance with the Federal Rules of Civil Procedure and Local Rules for the Southern District of Ohio.

Respectfully submitted,

Date: June 21, 2024

/s/ Anthony A. Remick
SMITH JADIN JOHNSON, PLLC
Anthony A. Remick
Ohio Bar No.: 100812
Timothy D. Johnson
Ohio Bar No. 98515
470 Broad Street, Suite# 725
Columbus, Ohio 43215
Telephone: (952) 388-0289
Facsimile: (612) 235-7927
aremick@sjjlawfirm.com
tjohnson@sjjlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on this 21st day of June, 2024, a copy of the foregoing

Motion to Compel Appraisal and Stay Litigation was electronically filed with the Clerk of

the Court using the CM/ECF system, which sent notification of such filing to all counsel

of record:

Melanie M. Norris (0073506)
Dinsmore & Shohl LLP
2100 Market Street
Wheeling, WV 26003
Email: Melanie.norris@dinsmore.com
Attorney for Defendant


Kelli J. Amador (0095550)
Dinsmore & Shohl LLP
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215
E-mail: kelli.amador@dinsmore.com
Attorney for Defendant

*/s/ Anthony A. Remick*
Anthony A. Remick (100813)