**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| SHARON MARIE ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:24-cv-00148 |
| | ) | |
| vs. | ) | Judge Michael R. Barrett |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | | |

### ORDER

Pursuant to notification by counsel that this matter has settled;

It is **ORDERED** that this civil action is **DISMISSED** with prejudice, provided that either party may, upon good cause shown, reopen it within **60 days**, or **no later than June 1, 2026**.

The Court retains jurisdiction.

**IT IS SO ORDERED.**

s/ *Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court